# Court of Appeals
# of the State of Georgia

ATLANTA,___December 15, 2014___

*The Court of Appeals hereby passes the following order:*

## A15D0166.  CHARLES E. THOMPSON v. ROBERT REICHERT et al.

Charles E. Thompson filed this discretionary application seeking appellate review of the trial court's order granting summary judgment to the defendants in his action alleging claims for violation of civil rights and false imprisonment.  Pursuant to OCGA § 9-11-56 (h), the trial court's order may be appealed directly.

Under OCGA § 5-6-35 (j), this court will grant an otherwise timely discretionary application if the lower court's order is subject to direct appeal.  Accordingly, this application is hereby GRANTED.  Thompson shall have 10 days from the date of this order to file a notice of appeal with the superior court, if he has not already done so.[1] The superior court is instructed to include a copy of this order in the appellate record.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*_____12/15/2014_____
*I certify that the above is a true extract from* the minutes of the Court of Appeals of Georgia.
*Witness my signature and the seal of said court* hereto affixed the day and year last above written.

_____, *Clerk.*

---

[1] In violation of this Court's rule limiting applications for discretionary appeal to 30 pages, Thompson filed a 115 page brief. See Court of Appeals Rule 30 (c). He is thus cautioned that the page limitation for briefs in civil matters is 30 pages.  See Court of Appeals Rule 24 (f). Any request for an increased page limit must be made by written motion prior to submission of the brief. See id.